UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CARLA HARVASTY,

    Plaintiff,

v.   Case No. 6:21-cv-1962-RBD-EJK

SOUTHERN CREDIT BUREAU
CORPORATION,

    Defendant.
_____

## ORDER

This cause is before the Court on Defendant's Unopposed Motion to Stay (Doc. 9) pending the decision in *Hunstein v. Preferred Collection and Management Services, Inc.*, 17 F.4th 1016 (11th Cir.), *reh'g en banc granted, opinion vacated*, 17 F.4th 1103 (11th Cir. 2021). In light of Defendant's representation and the overlapping issues between the cases, this matter is due to be stayed.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. This action is **STAYED**.

2. On **Tuesday, February 15, 2022**, and every sixty days thereafter, Defendant is **DIRECTED** to provide a status report to the Court regarding *Hunstein*.

3. Defendant must immediately notify the Court upon final decision of

*Hunstein*.

4. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 20, 2021.

ROY B. DALTON JR.
United States District Judge